**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Jason Michael Badyrka v. The State of Texas

Appellate case number:     01-22-00643-CR

Trial court case number:   20-CR-2912

Trial court:               405th District Court of Galveston County

Appellant, acting pro se, has filed a motion requesting (1) a copy of the appellate record and (2) an extension of time to file his brief until 30 days after receiving the record. We **grant** the motion and **order** the trial court clerk, no later than **10** days from the date of this order, to provide a copy of the record, including the clerk's record, the reporter's record, and any supplemental records, to appellant. The trial court clerk shall further certify to this Court, within **15** days of the date of this order, the date upon which delivery of the record to the appellant is made.

Appellant's brief is due within **40** days of the date of this order.


It is so ORDERED.


Judge's signature: _____/s/ Sarah B. Landau_____
                                  Acting individually


Date:  ___October 4, 2022_____